# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:11-cv-676-FDW-DSC

| | |
|---|---|
| DARAMIC, LLC, and <br> MP ASSETS CORPORATION <br><br> Plaintiffs, <br><br> v. <br><br> ENTEK INTERNATIONAL LLC <br><br> Defendant. | **ORDER ON** <br> **PLAINTIFFS' MOTION TO PLACE** <br> **DOCUMENTS UNDER SEAL** |

**THIS MATTER** is before the Court on Plaintiffs' Motion to Place Documents Under Seal pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 6.1, the Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, the Confidentiality Stipulation and Consent Protective Order submitted by parties (Doc. #38), and the inherent powers of this Court. The Court having considered the submissions of the parties and having found that sealing of certain documents is necessary;

**IT IS HEREBY ORDERED THAT** Plaintiffs may file their Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction and the exhibits attached thereto under seal.

The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED.**

Signed: June 25, 2012

David S. Cayer
United States Magistrate Judge