IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DARAMIC, LLC and<br>MP ASSETS CORPORATION<br><br>Plaintiffs,<br>v.<br><br>ENTEK INTERNATIONAL LLC<br><br>Defendant. | Civil Action No. 3:11-cv-676-FDW-DSC |

**ORDER**

**THIS MATTER** came before the Court on Plaintiffs' Motion to Place Documents Under Seal pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 6.1, the Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, the Confidentiality Stipulation and Consent Protective Order submitted by parties (Doc. #38), and the inherent powers of this Court. The Court having considered the submissions of the parties and having found that sealing of certain documents is necessary;

**IT IS HEREBY ORDERED THAT** Plaintiffs may file their Reply in Support of Plaintiffs' Motion for a Preliminary Injunction and the exhibits attached thereto under seal.

The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: August 2, 2012

David S. Cayer
United States Magistrate Judge