**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| DARAMIC, LLC and | ) | |
| MP ASSETS CORPORATION | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 3:11-cv-676-FDW-DSC |
| | ) | |
| ENTEK INTERNATIONAL LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

**THIS MATTER** came before the Court on Defendant's "Motion to File Documents Under Seal" (document #89) pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 6.1, the Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, the Confidentiality Stipulation and Consent Protective Order submitted by parties (Doc. #38), and the inherent powers of this Court. The Court having considered the submissions of the parties and having found that sealing of certain documents is necessary;

**IT IS HEREBY ORDERED THAT** Defendant may file its Brief in Opposition to Plaintiffs' Motion for Sanctions and any exhibits attached thereto under seal.

The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.                    Signed: August 24, 2012

_____
David S. Cayer
United States Magistrate Judge