IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-00676-FDW-DSC

| | |
|---|---|
| DARAMIC, LLC and ) | |
| MP ASSETS CORPORATION ) | |
| ) | |
| Plaintiffs, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ENTEK INTERNATIONAL, LLC ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Unseal Transcript as to Counsel of Record Only, pursuant to Local Civil Rule 6.1 and the parties' Confidentiality Stipulation and Consent Protective Order entered April 6, 2012 (DE 38).

**WHEREAS**, the Court has considered Defendant's submissions in support of its Motion and found that unsealing of the documents described therein is necessary;

**IT IS THEREFORE ORDERED** that the transcript of the August 16, 2012, hearing on Plaintiffs' Motion for Preliminary Injunction and Motion to Dismiss shall be unsealed <u>only as to counsel of record for the parties</u>, and shall otherwise remain under seal permanently or until otherwise ordered.

**SO ORDERED**.                Signed: September 13, 2012

David S. Cayer
United States Magistrate Judge