IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-00676-FDW-DSC

| | |
|---|---|
| DARAMIC, LLC and <br> MP ASSETS CORPORATION <br><br> Plaintiffs, <br><br> v. <br><br> ENTEK INTERNATIONAL, LLC <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )     ORDER <br> ) <br> ) <br> ) <br> ) <br> ) |

THIS MATTER is before the Court on Defendant's Motion to File Documents Under Seal, pursuant to Federal Rule of Civil Procedure 26(c), Local Civil Rule 6.1, the Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, and the parties' Confidentiality Stipulation and Consent Protective Order entered April 6, 2012 [DE 38].

WHEREAS, the Court has considered Defendant's submissions in support of its Motion and found that sealing of the documents described therein is necessary;

IT IS THEREFORE ORDERED that Defendant's Brief in Opposition to Plaintiffs' Motion for Compel Production of Documents and the exhibits attached thereto shall be filed under seal and shall remain under seal permanently or until otherwise ordered.

SO ORDERED.

Signed: February 26, 2013

David S. Cayer
United States Magistrate Judge