IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:11-cv-676-FDW-DSC

| | |
|---|---|
| DARAMIC, LLC, and <br> MP ASSETS CORPORATION <br><br> Plaintiffs, <br><br> v. <br><br> ENTEK INTERNATIONAL LLC <br><br> Defendant. | ORDER ON <br> PLAINTIFFS' MOTION TO PLACE <br> DOCUMENTS UNDER SEAL |

**THIS MATTER** came before the Court on Plaintiffs' Motion to Place Documents Under Seal pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 6.1, the Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, the Confidentiality Stipulation and Consent Protective Order submitted by parties (Doc. #38), and the inherent powers of this Court. The Court having considered the submissions of the parties and having found that sealing of certain documents is necessary;

**IT IS HEREBY ORDERED THAT** Plaintiffs may file their Opening Claim Construction Brief and the materials supporting that brief under seal.

The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED.**

Signed: March 12, 2013

David S. Cayer
United States Magistrate Judge

1