UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00676-FDW-DSC

| | |
|---|---|
| DARAMIC, LLC and MP ASSETS CORPORATION, Plaintiffs, vs. ENTEK INTERNATIONAL, LLC, Defendant. | ORDER and NOTICE OF HEARING |

THIS MATTER is before the Court on the parties' Joint Motion for Claim Construction Hearing (Doc. No. 176). The Court hereby GRANTS IN PART the motion to the extent it requests a hearing, and DENIES IN PART that portion of the motion requesting the hearing be conducted on one of the specific dates provided by the parties. Due to the Court's criminal trial docket, the Court is unavailable to conduct a hearing on any of the dates identified by counsel. The only available date and time for the Court to conduct the hearing is June 25, 2013, at 11:00 a.m.

THEREFORE, TAKE NOTICE that a hearing on the parties' claim construction briefs will take place before the undersigned on Tuesday, June 25, 2013, at 11:00 a.m. in Courtroom #1 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202.

IT IS SO ORDERED.

Signed: April 23, 2013

Frank D. Whitney
United States District Judge