IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-00676-FDW-DSC

| | |
|---|---|
| DARAMIC, LLC and<br>MP ASSETS CORPORATION<br><br>      Plaintiffs,<br><br>      v.<br><br>ENTEK INTERNATIONAL, LLC<br><br>      Defendant. | )<br>)<br>)<br>)<br>)      ORDER<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Joint Motion and Stipulation of Dismissal with Prejudice (Doc. No. 220) filed by Plaintiff MP ASSETS CORPORATION and Defendant, and for good cause shown, that motion is GRANTED.

It is hereby ORDERED that all claims and all counterclaims asserted herein, solely between MP ASSETS CORPORATION and Defendant only, are hereby dismissed WITH PREJUDICE. This Joint Motion and Stipulation does not affect or impair any of Defendant's rights, claims or counterclaims against Plaintiff DARAMIC, LLC, or any rights, claims or counterclaims that Plaintiff DARAMIC, LLC may have against Defendant. Also, this dismissal with prejudice does not affect any claim for infringement of U.S. Patent No. 6,242,127 that may arise from acts occurring after the date of these Parties' Joint Motion and Stipulation of Dismissal With Prejudice. Plaintiff MP ASSETS CORPORATION and Defendant shall bear their own attorneys' fees and costs as to any claims and counterclaims dismissed by this Order.

IT IS HEREBY SO ORDERED.

Signed: January 16, 2014

Frank D. Whitney
Chief United States District Judge