IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-00676-FDW-DSC

| | |
|---|---|
| DARAMIC, LLC and <br> MP ASSETS CORPORATION <br><br> Plaintiffs, <br><br> v. <br><br> ENTEK INTERNATIONAL, LLC <br><br> Defendant. | ORDER |

Pursuant to the Joint Motion and Stipulation of Dismissal With Prejudice (Doc. No. 219) filed by Plaintiff, DARAMIC, LLC, and Defendant, ENTEK INTERNATIONAL LLC, the motion is GRANTED.

It is hereby ORDERED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2), that the following claims and counterclaims are dismissed WITH PREJUDICE: (i) all claims by DARAMIC, LLC against ENTEK INTERNATIONAL LLC; (ii) all counterclaims by ENTEK INTERNATIONAL LLC against DARAMIC, LLC; and (iii) the first and fourth counterclaims (for violations of Section 2 of the Sherman Act, 15 U.S.C. §2, and North Carolina General Statutes Section 75-1.1) by ENTEK INTERNATIONAL LLC against MP ASSETS CORPORATION. DARAMIC and Defendant shall each bear their own attorneys' fees and costs.

The CLERK is respectfully DIRECTED to CLOSE THIS CASE.

Signed: January 16, 2014

*[signature]*

Frank D. Whitney
Chief United States District Judge