# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Daramic LLC et al**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:11-cv-00676-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Entek International, LLC**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 16, 2014 Order.

January 17, 2014

_Frank G. John_

Frank G. Johns, Clerk
United States District Court